U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 1 6 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Criminal No. 1:11-CR-0084 (GLS) |
| **LIAM BOWEN,** | [VIOS: 18 U.S.C. §§ 2252A(a)(5)(B); 2256(8)(A) & 2253] |
| Defendant | |
| | [County of Offense: Albany] |
| | [1 Count]<br>[1 Allegation] |

**COUNT 1**
(Possession of Child Pornography)

**THE GRAND JURY CHARGES:**

That on or about July 1, 2008, in the State and Northern District of New York, **LIAM BOWEN**, the defendant herein, did knowingly possess, and attempt to possess, material that contains an image of child pornography that has been mailed, and shipped and transported in interstate and foreign commerce, or that was produced using materials that have been so mailed, shipped and transported, in that, he knowingly possessed a Adaptec Mobile Drive/Maxtor hard drive (s/n Y32HBTBE); a Seagate hard drive (s/n 5JV1DZ86); a Western Digital hard drive (s/n WMANK3284490); a Western Digital hard drive (s/n WMA8F1320706); and a IBM Thinkpad laptop computer (s/n L3-B0380 07/08), all of which were

manufactured outside the State of New York and which contain images of actual minors engaged in sexually explicit conduct, and said images having been obtained via the Internet.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) & 2256 (8)(A).

## FORFEITURE ALLEGATION

**THE GRAND JURY FURTHER CHARGES:**

1. Count 1 of the Indictment is realleged and incorporated herein by reference for the purpose of alleging forfeiture.

2. Pursuant to 18 U.S.C. §2253(a), upon conviction of Count 1 of the Indictment, defendant **LIAM BOWEN** shall forfeit to the United States his interest in any property, real or personal, used or intended to be used to commit or to promote the commission of the charged offense, to include a Adaptec Mobile Drive/Maxtor hard drive (s/n Y32HBTBE); a Seagate hard drive (s/n 5JV1DZ86); a Western Digital hard drive (s/n WMANK3284490); a Western Digital hard drive (s/n WMA8F1320706); and a IBM Thinkpad laptop computer (s/n L3-B0380 07/08), which were used and intended to be used to commit the offense alleged in this Indictment.

By virtue of the commission of the felony offense charged in this Indictment by the defendant, any and all interest that any such defendant has in the above-described property is vested in

the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

If any of the property described above as being subject to forfeiture pursuant to Title 18, United States Code, §2253(a), as a result of any act or omission of the defendant (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value, or (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Section 2253.

Date: February 16, 2011

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

BY: [signature]

RICHARD D. BELLISS
ASSISTANT U.S. ATTORNEY
BAR ROLL NO.: 515295