UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 1:11-CR-0084 (AMN)

LIAM BOWEN,

Defendant.

---

**NOTICE OF APPEAL**

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment on Revocation entered on July 15, 2026. (Dkt. No. 124).

DATED: July 16, 2026

Respectfully submitted,
OFFICE OF FEDERAL PUBLIC DEFENDER

By: *s/ James P. Egan, Esq.*
Assistant Federal Public Defender
Bar Roll No. 515300
4 Clinton Square, 3rd Floor
Syracuse, New York 13202
315-701-0080

TO: United States Attorney's Office (via CM/ECF)